UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**CHARLIE PLUNKETT,** *et al.***,**           )
                                    )
          **Plaintiffs,**           )
                                    )
     v.                             )   Civil Action No. 14-cv-326 (ESH)
                                    )
**JULIÁN CASTRO, in his official capacity as** )
**SECRETARY OF THE DEPARTMENT**     )
**OF HOUSING AND URBAN DEVELOPMENT** )
                                    )
          **Defendant.**            )
_____ )

# ORDER

For the reasons stated in the accompanying Memorandum Opinion [ECF No. 47], it is hereby **ORDERED** that plaintiffs' motion for summary judgment [ECF No. 36] is **GRANTED IN PART AND DENIED IN PART**;

**IT IS FURTHER ORDERED** that defendant's motion to dismiss [ECF No. 37] is **DENIED**;

**IT IS FURTHER ORDERED** that defendant's motion for summary judgment [ECF No. 37] is **GRANTED IN PART AND DENIED IN PART**;

**IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** to HUD for further proceedings consistent with the Memorandum Opinion;

**AND IT IS FURTHER ORDERED** that plaintiffs' motion for class certification [ECF No. 3] is **DENIED WITHOUT PREJUDICE**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE:  August 28, 2014