UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLIE PLUNKETT, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:14-CV-326 (ESH) |
| | ) | |
| JULIAN CASTRO, in his capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO RENEW
THEIR MOTION FOR CLASS CERTIFICATION**

Plaintiffs move for leave to file a renewed motion for class certification. Counsel for Plaintiffs contacted counsel for HUD to ask its position on this Motion. Counsel indicated that HUD opposes the Motion.

Plaintiffs have supplied evidence in the proposed motion for class certification that despite the fact that HUD has expressly stated to this Court that requiring lenders to foreclose on surviving spouses is a violation of the law, it continues doing it anyway, and is flatly denying lenders' requests for extension of the foreclosure deadlines in 24 C.F.R. § 206.125. This comes after Plaintiffs have brought this same matter before the Court regarding their own mortgages, and the Court has directed HUD to propose a letter to Plaintiffs' mortgagees on how they should implement the Trigger Inapplicability Decision. Because it is now clear that HUD, prior to issuing a decision on remand, is expressly requiring lenders to foreclose, the Court must certify a class of HECM surviving spouses and order HUD to adhere to the law in all communications with mortgagees concerning their foreclosure and servicing obligations under 24 C.F.R.

§ 206.125. Every day that the Court lets these violations stand will cause tangible and irreparable harm to surviving spouses who face foreclosure.

For the reasons stated herein and in the attached proposed motion, good cause exists for the Court to grant Plaintiffs leave to renew their motion for class certification. If it is not granted, and HUD is permitted to affirmatively require foreclosures it has otherwise said are not required, countless vulnerable surviving spouses will suffer as a result. This cannot stand.

A proposed order is attached.

Dated: November 7, 2014                    Respectfully submitted,

/s/ *Jean Constantine-Davis*
Jean Constantine-Davis (D.C. Bar No. 250084)
(jcdavis@aarp.org)
AARP Foundation Litigation
601 E Street NW
Washington, DC 20049
Tel: 202-434-2060
Fax: 202-434-6424

Craig L. Briskin (D.C. Bar No. 980841)
cbriskin@findjustice.com
Steven A. Skalet (D.C. Bar No. 359804)
(sskalet@findjustice.com)
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW
Suite 300
Washington, DC 20036
Tel: 202-822-5100
Fax: 202-882-4997

*Counsel for Plaintiffs*