# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLIE PLUNKETT, *et al.*, <br><br>    Plaintiffs <br><br>    v. <br><br> JULIÁN CASTRO, in his capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br>    Defendant | Civil Action No. 1:14-CV-00326 (ESH) |

## DEFENDANT'S NOTICE OF RESCISSION OF DETERMINATION ON REMAND

On February 5, 2015, HUD issued its Determination on Remand (Dkt. No. 67-1) pursuant to the Court's August 28, 2014, opinion in this case. Subsequently, while preparing and reviewing the administrative record relating to Mortgagee Letter 2015-03 and the Determination on Remand, HUD identified possible grounds for reconsidering its Determination on Remand. As HUD requires additional time to review the issues identified, HUD has rescinded the Determination on Remand. *See* Exh. A hereto.

Until its review is completed, HUD withdraws all previous assertions it has made as to the financial impact of either the Mortgagee Optional Election or the Hold Election. *See* Dkt. No. 76-1, at 7-8; Dkt. No. 75, at 7-8. HUD further withdraws any discussion of Mortgagee Letter 2015-03, which is addressed throughout Docket Nos. 75 and 76-1, as well as any representations that HUD has reached a final decision on the issues in this litigation and has fully complied with the Court's August 28, 2014, order (*see* Dkt. No. 76-1, at 9). HUD will notify the Court and the parties when it has issued a new determination on remand. HUD notes that, on

April 30, 2015, it issued FHA INFO #15-33 (HECM Reasonable Diligence Timeframe Extensions), which provides an additional 60-day extension of time regarding foreclosure actions.  *See* Dkt. No. 81-2.

| | |
|---|---|
| Dated:  May 5, 2015 | Respectfully submitted, |
| | BENJAMIN C. MIZER<br>Principal Assistant Attorney General<br>Civil Division |
| | LESLEY FARBY<br>Assistant Director |
| OF COUNSEL: | /s/ Carol Federighi |
| WILLIAM C. LANE<br>BRUCE S. ALBRIGHT<br>AMBER J. RICHER<br>REBECCA B. PRYBELL<br>United States Department<br>of Housing and Urban Development<br>451 7th Street, S.W.<br>Washington, D.C. 20410 | CAROL FEDERIGHI<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 514-1903<br>Email: carol.federighi@usdoj.gov |
| | *Counsel for Defendant* |